(November 28, 1967)

DIAMOND INTERNATIONAL CORPORATION, Appellant, v. LITTLE KILDARE, INC., Respondent.— Per Curiam.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam*.